UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VALERIE THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>NAVISTAR, INC.; ALLEN FREIGHT CO., )<br>PASCHALL TRUCK LINES, INC.; and, )<br>FIRST-TRANSIT WOLFLINE, )<br>)<br>Defendants. ) | **JUDGMENT**<br><br>No. 5:10-CV-127-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendants' motions to dismiss filed May 4, 2010 and May 14, 2010, plaintiff's failure to serve defendant First-Transit Wolfline and and the parties' stipulation of dismissal with prejudice filed June 24. 2011.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered October 12, 2010 and April 8, 2011, and for the reasons set forth more specifically therein, that:

(1) The motions to dismiss of defendants Allen Freight Co. And Paschall Truck Lines, Inc. are granted. All claims as to these defendants are dismissed.

(2) Where service was not effected as to First-Transit Wolfline, all claims as to this defendant are dismissed.

(3) With filing of the parties' Stipulation of Dismissal with Prejudice as to defendant Navistar, Inc., and with all defendants now having been dismissed from this case, the plaintiff shall have and recover nothing in this action.

**This Judgment Filed and Entered on June 27, 2011, and Copies To:**

Zachary P. Deason (via CM/ECF Notice of Electronic Filing)
Kelly Goss Hopkins (via CM/ECF Notice of Electronic Filing)
Stephen D. Martin (via CM/ECF Notice of Electronic Filing)
William James Flynn (via CM/ECF Notice of Electronic Filing)
Christopher A. Page (via CM/ECF Notice of Electronic Filing)

June 27, 2011　　　　　　　　　　DENNIS P. IAVARONE, CLERK

　　　　　　　　　　　　　　　　　/s/ Christa N. Baker
　　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk